■ In the Matter of the Estate of Edward Finkenberg, Deceased. Jessie L. Finkenberg, Appellant; Israel Finkenberg et al., as Trustees and Executors under the Will of Edward Finkenberg, Deceased, Respondents.— The Surrogate properly disposed of the petitions before him. Petitioner's complaint of delay by the executors and trustees in failing to make the payments of income mandated by testator's will may be resolved by an expeditious determination

of the proceedings now pending. Such expedition is clearly indicated. Order, so far as appealed from, unanimously affirmed, without costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.